# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 365TH JUDICIAL DISTRICT COURT OF MAVERICK COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on January 14, 2015, the cause upon appeal to revise or reverse your judgment between

City of Eagle Pass (Appellant / Cross-Appellee), Appellant

V.

Irma Leticia Salazar(Appellee / Cross-Appellant), Appellee

No. 04-14-00309-CV and Tr. Ct. No. 12-04-27357-MCVJA

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee Irma Leticia Salazar recover her costs of this appeal from appellant City of Eagle Pass.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 25, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00309-CV

## City of Eagle Pass (Appellant / Cross-Appellee)

**v.**

## Irma Leticia Salazar(Appellee / Cross-Appellant)

(NO. 12-04-27357-MCVJA IN 365TH JUDICIAL DISTRICT COURT OF MAVERICK COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ALBERT LOPEZ |
| MOTION FEE | $10.00 | E-PAID | BETH WATKINS |
| MOTION FEE | $10.00 | E-PAID | BETH WATKINS |
| MOTION FEE | $10.00 | E-PAID | ALBERT LOPEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | SHANNON DUNN |
| INDIGENT | $25.00 | E-PAID | SHANNON DUNN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | SHANNON DUNN |
| FILING | $100.00 | E-PAID | SHANNON DUNN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ALBERT LOPEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ALBERT LOPEZ |
| INDIGENT | $25.00 | E-PAID | ALBERT LOPEZ |
| FILING | $100.00 | E-PAID | ALBERT LOPEZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 25, 2015.

**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853